UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| INNOVATIVE DISPLAY TECHNOLOGIES LLC,<br><br>        Plaintiff,<br><br>    v.<br><br>HYUNDAI MOTOR CO.,<br><br>        Defendants. | Civil Action No. 2:14-CV-00201 JRG<br><br>LEAD CONSOLIDATED CASE<br><br>Honorable Rodney Gilstrap |
| INNOVATIVE DISPLAY TECHNOLOGIES LLC,<br><br>        Plaintiff,<br><br>    v.<br><br>TOYOTA MOTOR CORPORATION, ET AL.,<br><br>Defendants. | CASE NO. 2:14-CV-200 JRG |

**TOYOTA DEFENDANTS' NOTICE OF DISCLOSURES**

      Defendants Toyota Motor Corporation; Toyota Motor Sales, U.S.A., Inc.; Toyota Motor Manufacturing, Kentucky, Inc.; Toyota Motor Manufacturing, Indiana, Inc.; Toyota Motor Manufacturing, Texas, Inc.; Toyota Motor Manufacturing, Mississippi, Inc.; Subaru Of Indiana Automotive, Inc.; and Gulf States Toyota, Inc. hereby file this Notice of Disclosures pursuant to Rule 16 of the Federal Rules of Civil Procedure and the Court's Discovery Order.

Dated: December 22, 2014            Respectfully submitted,

           /s/ *David Beck*
David Beck, Lead Attorney
Texas Bar No. 00000070
Email: dbeck@beckredden.com

Thomas E. Ganucheau
Texas Bar No. 00784104
Email: tganucheau@beckredden.com

Robert David "B.D." Daniel
Texas Bar No. 05362200
Email: bddaniel@beckredden.com

Leslie Honey Tronche
Texas Bar No. 24078681
Email: ltronche@beckredden.com

**BECK REDDEN LLP**
1221 McKinney St., Suite 4500
Houston, TX 77010
Phone: 713.951.6219
Fax: 713.951.3720
www.beckredden.com

Thomas W. Winland (admitted *pro hac vice*)
Email: tom.winland@finnegan.com

James R. Barney (admitted *pro hac vice*)
Email: james.barney@finnegan.com

P. Andrew Riley (admitted *pro hac vice*)
Email: andrew.riley@finnegan.com

**FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, LLP**
901 New York Avenue, NW
Washington, DC 20001-4413
Telephone: (202) 408-4000
Facsimile: (202) 408-4400

*Attorneys for Defendants*
*Toyota Motor Corporation;*
*Toyota Motor Sales, U.S.A., Inc.;*
*Toyota Motor Manufacturing, Kentucky, Inc.;*
*Toyota Motor Manufacturing, Indiana, Inc.;*
*Toyota Motor Manufacturing, Texas, Inc.;*
*Toyota Motor Manufacturing, Mississippi, Inc.;*
*Subaru Of Indiana Automotive, Inc.;*
*and Gulf States Toyota, Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served this 22nd day of December, 2014, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3). Any other counsel of record will be served by electronic mail, facsimile transmission or first class mail on this same date.

                                                       /s/ *David Beck*
                                                       David Beck