**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| INNOVATIVE DISPLAY TECHNOLOGIES LLC, ET AL., | § | |
| | § | |
| | § | Case No. 2:14-CV-201-JRG |
| v. | § | LEAD CASE |
| | § | |
| HYUNDAI MOTOR COMPANY, ET AL. | § | |

**DEFENDANTS'[1] NOTICE OF COMPLIANCE REGARDING P.R. 3-3 AND 3-4 DISCLOSURES**

Pursuant to the Court's November 14, 2014 Second Amended Docket Control Order [Dkt. 147], the undersigned Defendants hereby notify the Court that they served their P.R. 3-3 and 3-4 Disclosures upon Plaintiff counsel on January 16, 2015.

Dated: January 16, 2015

Respectfully submitted,

*/s/ Michael E. Jones*
Michael E. Jones
State Bar No. 10929400
mikejones@potterminton.com
Allen F. Gardner
State Bar No. 24043679
allengardner@potterminton.com
POTTER MINTON
A Professional Corporation
110 N. College, Suite 500
Tyler, Texas 75702
Tel: (903) 597-8311
Fax: (903) 593-0846

Scott T. Weingaertner
Ketan Pastakia
KING & SPALDING LLP
1185 Avenue of the Americas
New York, NY 10036-2601
Phone: (212) 556-2100

[1] The following cases have been consolidated for pre-trial purposes: Case Nos. 2:14-cv-00201-JRG; 2:14-cv-00535; 2:14-cv-00720; 2:14-cv-00200; 2:14-cv-00202; 2:14-cv-00721; 2:14-cv-00106; 2:14cv00624; and 2:14cv00222.


| | |
|---|---|
| | Fax: (212) 556-2222<br>sweingaertner@kslaw.com<br>kpastakia@kslaw.com<br><br>Natasha H. Moffitt (admitted pro hac vice)<br>Alex R. Yacoub (to be admitted pro hac vice)<br>Benjamin Kent Jordan (to be admitted pro hac vice)<br>KING & SPALDING LLP<br>1180 Peachtree Street, NE<br>Atlanta, Georgia 30309-3521<br>Phone: (404) 572-4600<br>Fax: (404) 572-5134<br>nmoffitt@kslaw.com<br>ayacoub@kslaw.com<br>kjordan@kslaw.com<br><br>ATTORNEY FOR DEFENDANTS MERCEDES-BENZ U.S. INTERNATIONAL, INC. AND MERCEDES-BENZ USA, LLC |
| | */s/ Cynthia J. Rigsby, with permission by Michael E. Jones*<br>Jose L. Patino (Lead Attorney)<br>FOLEY & LARDNER LLP<br>3579 Valley Centre Drive Suite 300<br>San Diego, CA 92130<br>Tel: 858-847-6875<br>Email: jpatino@foley.com<br><br>Cynthia J. Rigsby<br>FOLEY & LARDNER LLP<br>777 E. Wisconsin Ave. Suite 3800<br>Milwaukee, WI 53202<br>Tel: 414-297-5580<br>Email: crigsby@foley.com<br><br>Robert W. Weber<br>Texas State Bar No. 21044800<br>SMITH WEBER, LLP<br>5505 Plaza Drive<br>P.O. Box 6167<br>Texarkana, Texas 75505-6167<br>Tel: (903) 223-5656 |

| | |
|---|---|
| | Fax: (903) 223-5652<br>Email: bweber@smithweber.com<br><br>Robert W. Weber<br>Texas State Bar No. 21044800<br>bweber@smithweber.com<br>SMITH WEBER, L.L.P.<br>5505 Plaza Drive -- P.O. Box 6167<br>Texarkana, TX 75505-6167<br>Tel: 903-223-5656<br><br>ATTORNEY FOR DEFENDANTS SPRINT SPECTRUM, L.P., SPRINT SOLUTIONS,INC., BOOST MOBILE, LLC, AND VIRGIN MOBILE USA, L.P. |
| | */s/ Bryant C. Boren, with permission by Michael E. Jones*<br>Bryant C. Boren, Jr., Lead Attorney<br>State of Texas Bar No. 02664100<br>Email: bryant.c.boren@bakerbotts.com<br>Jon V. Swenson (*pro hac vice*)<br>CA State Bar No. 233054<br>Email: jon.swenson@bakerbotts.com<br>John F. Gaustad (*pro hac vice*)<br>CA State Bar No. 279893<br>Email: john.gaustad@bakerbotts.com<br>1001 Page Mill Road, Building One, Suite 200<br>Palo Alto, CA 94304<br>Telephone: 650.739.7500<br>Facsimile: 650.739.7699<br><br>Timothy S. Durst<br>State Bar of Texas No. 00786924<br>Email: tim.durst@bakerbotts.com<br>2001 Ross Avenue<br>Dallas, TX 75201<br>Telephone: 214.953.6500<br>Facsimile: 214.953.6503<br><br>Kevin E. Cadwell<br>State of Texas Bar No. 24036304<br>Email: kevin.cadwell@bakerbotts.com<br>One Shell Plaza<br>910 Louisiana Street |

| | Houston, TX 77002<br>Telephone: 713.229.1234<br>Facsimile: 213.229.1522<br><br>ATTORNEYS FOR DEFENDANT<br>AT&T MOBILITY LLC |
|---|---|
| | */s/ Michael E. Jones*<br>Jamie B. Beaber<br>Hyunho "Harry" Park<br>MAYER BROWN LLP<br>1999 K Street, NW<br>Washington, DC 20006<br>Telephone: (202) 263-3000<br>jbeaber@mayerbrown.com<br>harrypark@mayerbrown.com<br><br>Robert G. Pluta<br>Amanda K. Streff<br>MAYER BROWN LLP<br>71 S. Wacker Drive<br>Chicago, IL 60606<br>Telephone: (312) 701-8641<br>rpluta@mayerbrown.com<br>astreff@mayerbrown.com<br><br>Michael E. Jones<br>State Bar No. 10929400<br>mikejones@potterminton.com<br>Allen F. Gardner<br>State Bar No. 24043679<br>allengardner@potterminton.com<br>POTTER MINTON P.C.<br>110 N. College Avenue, Suite 500<br>Tyler, Texas 75702<br>Telephone: (903) 597-8311<br>Facsimile: (903) 593-0846<br><br>ATTORNEYS FOR DEFENDANTS HYUNDAI MOTOR COMPANY, HYUNDAI MOTOR GROUP, HYUNDAI MOTOR AMERICA, HYUNDAI MOTOR MANUFACTURING ALABAMA, LLC, KIA MOTORS AMERICA, INC., KIA MOTORS MANUFACTURING GEORGIA, INC. |

| | |
|---|---|
| | *<u>/s/ Matthew D. Satchwell, with permission by Michael E. Jones</u>*<br>Matthew D. Satchwell<br>Paul R. Steadman<br>DLA PIPER LLP (US)<br>203 N. LaSalle St., Suite 1900<br>Chicago, IL 60601<br>Telephone: 312.368.2111<br>Facsimile: 312.236.7516<br>matthew.satchwell@dlapiper.com<br>paul.steadman@dlapiper.com<br><br>Aaron G. Fountain<br>Texas Bar No. 24029638<br>DLA PIPER LLP (US)<br>1000 Louisiana, Suite 2800<br>Houston, Texas 77002<br>Telephone: 713.425.8445<br>Facsimile: 713.300.6045<br>aaron.fountain@dlapiper.com<br><br>Dawn M. Jenkins<br>Texas Bar No. 24074484<br>DLA PIPER LLP (US)<br>1000 Louisiana Street, Suite 2800<br>Houston, Texas 77002<br>Telephone: 713.425.8454<br>Facsimile: 713.300.6054<br>dawn.jenkins@dlapiper.com<br><br>ATTORNEYS FOR DEFENDANT MAZDA MOTOR OF AMERICA, INC. |
| | *<u>/s/ Brian Biddinger, with permission by Michael E. Jones</u>*<br>G.R. (Randy) Akin<br>Texas Bar No. 00954900<br>G.R. (RANDY) AKIN, P.C.<br>3400 W. Marshall Avenue, Ste. 300<br>Longview, TX 75604<br>Telephone: (903) 297-8929<br>Fax: (903) 297-9046<br>gra@randyakin.com |

| | |
|---|---|
| | Jesse J. Jenner<br>NY Bar No. 1034776<br>jesse.jenner@ropesgray.com<br>Brian P. Biddinger<br>NY Bar No. 4479382<br>CA Bar No. 224604<br>brian.biddinger@ropesgray.com<br>Alexandra O. Fellowes<br>NY Bar No. 5015946<br>CA Bar No. 261929<br>alexandra.fellowes@ropesgray.com<br>Matthew R. Shapiro<br>NY Bar No. 5102017<br>matthew.shapiro@ropesgray.com<br>ROPES & GRAY LLP<br>1211 Avenue of the Americas<br>New York, NY 10036<br>Telephone: (212) 596-9000<br>Facsimile: (212) 596-9090<br><br>ATTORNEYS FOR DEFENDANTS AMERICAN HONDA MOTOR CO., INC., HONDA OF AMERICA MFG., INC., HONDA MANUFACTURING OF ALABAMA, LLC AND HONDA MANUFACTURING OF INDIANA, LLC |
| | *<u>/s/ Joseph P. Lavelle, with permission by Michael E. Jones</u>*<br>Joseph P. Lavelle<br>DC Bar No. 367011<br>Andrew N. Stein<br>D.C. Bar No. 1005411<br>**DLA PIPER LLP (US)**<br>500 Eighth Street, NW<br>Washington, DC 20004<br>Telephone: (202) 799-4000<br>Facsimile: (202) 799-5000<br>E-mail: joe.lavelle@dlapiper.com<br>Email: andrew.stein@dlapiper.com<br><br>ATTORNEYS FOR DEFENDANTS BMW OF NORTH AMERICA, LLC AND BMW MANUFACTURING CO., LLC |
| | |

| | |
|---|---|
| | <u>*/s/ Thomas W. Winland, with permission by Michael E. Jones*</u><br>Thomas W. Winland (admitted *pro hac vice)*<br>District of Columbia Bar No. 348508<br>FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, LLP<br>901 New York Avenue N.W.<br>Washington, DC 20001<br>Phone: 202.408.4085<br>Fax: 202.408.4400<br>Email: tom.winland@finnegan.com<br><br>ATTORNEYS FOR DEFENDANTS TOYOTA MOTOR CORPORATION, TOYOTA MOTOR SALES, U.S.A., INC., TOYOTA MOTOR MANUFACTURING KENTUCKY, INC., TOYOTA MOTOR MANUFACTURING, INDIANA, INC., TOYOTA MANUFACTURING, TEXAS, INC., TOYOTA MANUFACTURING, MISSISSIPPI, INC., SUBARU OF INDIANA AUTOMOTIVE, INC. AND GULF STATES TOYOTA, INC. |
| | <u>*/s/ Sean N. Hsu, with permission by Michael E. Jones*</u><br>JEFFREY S. PATTERSON, LEAD COUNSEL<br>State Bar No. 15596700<br>jpatterson@hdbdlaw.com<br>SEAN N. HSU<br>State Bar No. 24056952<br>shsu@hdbdlaw.com<br>HARTLINE DACUS BARGER DREYER LLP<br>8750 North Central Expressway, Suite 1600<br>Dallas, Texas 75231<br>(214) 369-2100<br>(214) 369-2118 (fax)<br><br>ATTORNEYS FOR DEFENDANTS NISSAN NORTH AMERICA, INC., AND NISSAN MOTOR CO., LTD. |

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on January 16, 2015.

*/s/ Michael E. Jones*